IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re:  Jemal Tremayne Winston | § | Case No. 19-30389 |
| Shatavia McBride Winston | § | (Chapter 7) |
| | § | |
| | § | CERTIFICATE OF SERVICE |
| Debtor(s)/Movant(s), | § | |
| _____ | § | |

    The undersigned hereby certifies that a copy of Debtor(s)' Statement of Intentions has been served by ordinary United States mail, postage prepaid, or electronically through the Western District of North Carolina Bankruptcy Court's ECF/Pacer system, this date on the parties whose names and addresses are listed below:

| | |
|---|---|
| Caolina Finance | Exeter Finance Corp. |
| 149 Plantation Ridge Dr | c/o Ascension Capital Group |
| Ste 120 | POB 201347 |
| Mooresville, NC 28117 | Arlington, TX  76006 |

Dated: March 22, 2019        The Crow Law Firm

                                  By:    /s/  Matthew H. Crow
                                                Matthew Crow
                                                Attorney for Debtor(s)
                                                315-B North Main Street
                                                Monroe, NC   28112
                                                Telephone:   704.283-1175
                                                State Bar No. 26117